PER CURIAM.

(No. 74-CC-706—Claimant )

TAZEWELL PUBLISHING CO., Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed June 27, 1974.*

TAZEWELL PUBLISHING CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.